# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCO MIGUEL ROBERTSON, | |
| Petitioner, | No. 3:11-CV-2224 |
| v. | (JUDGE CAPUTO) |
| COMMISSIONER OF DIVISION OF CORRECTIONS IN MARYLAND, et al, | (MAGISTRATE JUDGE CARLSON) |
| Respondents | |

## ORDER

**NOW** this <u>30th</u> day of December, 2011, upon review of Magistrate Judge Carlson's Report and Recommendation (Doc. 4) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 4) is **ADOPTED**.

(2) This case is transferred to the United States District Court for the District of Maryland for further proceedings pursuant to 28 U.S.C. § 2241(d).

(3) The Clerk of Court is ordered to mark this matter as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge